
RECEIVED
IN LAKE CHARLES, LA
MAR 0 9 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BRIAN BILBO | : | DOCKET NO. 06-887 |
| VS. | : | JUDGE TRIMBLE |
| TONY MANCUSO, IN HIS OFFICIAL CAPACITY AS SHERIFF OF THE PARISH OF CALCASIEU | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #43) filed by Defendant, Tony Mancuso, in his official capacity as Sheriff of the Parish of Calcasieu, is hereby **GRANTED** dismissing with prejudice all claims against said defendant at Plaintiff's cost.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of March, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE